Case: 12-10285  Document: 00511836549  Page: 1  Date Filed: 04/26/2012

Case 4:11-cr-00153-A  Document 41  Filed 05/03/12  Page 1 of 2  PageID 219

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2012 MAY -3 PM 12: 33

CLERK OF COURT

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 12-10285

4:11-CR-153-A

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CHRISTOPHER TURRENTINE,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

CLERK'S OFFICE:

Under FED. R. APP. P. 42(b), the appeal is dismissed as of April 26, 2012, pursuant to appellant's motion.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

By: _____
Nancy F. Dolly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

CTJ
ORIGINAL

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION

2012 MAY -3  PM 12: 33

CLERK OF COURT

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 26, 2012

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 12-10285, USA v. Christopher Turrentine
       USDC No. 4:11-CR-153-1

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Nancy F. Dolly, Deputy Clerk
                504-310-7683

cc w/encl:
    Ms. Nancy E. Larson
    Mr. Christopher Turrentine