Case 4:11-cr-00153-A Document 60 Filed 04/05/13 Page 1 of 2 PageID 334

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 5 2013
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:11-CR-153-A |
| | § | |
| CHRISTOPHER TURRENTINE | § | |

O R D E R

Came on for consideration the motion to amend restitution order filed in the above action by defendant, **CHRISTOPHER TURRENTINE**. The government filed a response, and defendant filed a reply. The court also received a letter from counsel for ETS Development Group, LLC/Boss Dev, Inc. ("ETS"), which ETS characterized as a "Victim's Statement," and a letter from counsel for The Hartford, discussing defendant's motion.

Having considered all of the foregoing, the court concludes that the motion should be denied. The relief sought by the motion was a reduction in the amount of restitution owed by defendant. To the extent defendant is entitled to any adjustments or credits to the restitution amount, the court assumes that the United States Attorney, defendant, and defendant's victims can resolve the matter without the need for further court intervention. However, nothing referred to in any of the aforementioned papers justifies an order of this court reducing defendant's restitution obligation.

Therefore,

The court ORDERS that defendant's motion to amend restitution order be, and is hereby, denied.

SIGNED April 5, 2013.

_____
JOHN McBRYDE
United States District Judge