IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 22 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:11-CR-153-A |
| | § | |
| CHRISTOPHER TURRENTINE | § | |

ORDER

After having considered the motion of defendant, **CHRISTOPHER TURRENTINE**, to terminate his term of supervised release, and the responses thereto of the government and the probation office, the court has concluded that such motion should be denied. The government opposes grant of the motion, and the probation office does not take a position on whether it should or should not be granted other than to note that it has no grounds on which to oppose defendant's request.

Apparently the main problem defendant is having with ongoing service of his term of supervised release is that it interferes with his ability to engage in the kind of travel his job requires. The condition of supervised release to which defendant must have reference is the standard condition that he will not leave the judicial district without permission of the Court or the U.S. Probation Officer. Normally the court does not involve itself in giving permission for out-of-judicial-district travel, but relies on the probation officer to use his or her good

judgment in determining whether out-of-district travel should be permitted, and, if so, the conditions that should be imposed relative to such travel. The court suggests that defendant and his probation officer seek an understanding, which should be reduced to writing, that would assist defendant in his out-of-district travel needs.

    THE COURT SO ORDERS.

    SIGNED November 22, 2016.

_____
JOHN McBRYDE
United States District Judge